UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

             -against-

AMERISOURCEBERGEN SPECIALTY
GROUP, LLC,

            Defendant.
------------------------------X

SATISFACTION OF JUDGMENT

Criminal Docket
No. CR-17-0507

(Gershon, J.)

      WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $208,000,125.00, that is, a fine in the amount of $208,000,000.00, and a special assessment in the amount of $125.00, on September 27, 2017, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on September 28, 2017; and

      WHEREAS, said judgment has been fully paid as to the defendant AMERISOURCEBERGEN SPECIALTY GROUP, LLC;

      THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant AMERISOURCEBERGEN SPECIALTY GROUP, LLC.

Dated:     Brooklyn, New York
             October 13, 2017

                                  BRIDGET M. ROHDE
                                  Acting United States Attorney
                                  Eastern District of New York
                                  271 Cadman Plaza East, 8th Fl.
                                  Brooklyn, New York 11201

                        By:     /s/
                                  PETER A. LASERNA
                                  Assistant U.S. Attorney
                                  (718) 254-6152